LAWRENCE G. BROWN
Acting United States Attorney
JASON EHRLINSPIEL
LYNN TRINKA ERNCE
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC PRESCOTT and PHYLLIS SOLOMON, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FOREST SERVICE; and U.S. DEPARTMENT OF AGRICULTURE, <br><br> Defendants. | Case No. 2:09-cv-00462 MCE-EFB <br><br> **STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT** <br><br> [Local Rule 6-144(a)] |

| | |
|---|---|
| **1** | |
| **2** | The parties hereby stipulate and agree that the defendants shall have an extension of 60 days in which to file their responses to the plaintiffs' amended complaint. Defendants' responses shall be filed on or before August 3, 2009. |

DATED: May 13, 2009                                  LAW OFFICE OF SHANE A. REED

By:   /s/ Shane A. Reed
      SHANE A. REED
      Attorney for Plaintiffs

DATED: May 13, 2009                                  LAWRENCE G. BROWN
                                                      Acting United States Attorney

By:   /s/ Lynn Trinka Ernce
      LYNN TRINKA ERNCE
      Assistant United States Attorney

## ORDER

Dated: May 18, 2009

_____
**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**